SUMMONS
revised January 2012

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:21−bk−05549−DPC |
| ADRIAN EUNICE CLEMONS<br>*Debtor(s)* | Chapter: 7 |

---

| | |
|---|---|
| BRIAN J. MULLEN | Adversary No.: 2:23−ap−00208−DPC |

*Plaintiff(s)*

*v.*

ADRIAN EUNICE CLEMONS

*Defendant(s)*

## SUMMONS IN AN ADVERSARY PROCEEDING

To each Defendant listed above, **YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney, or the plaintiff, if not represented by an attorney.

| | |
|---|---|
| Name and Address of Plaintiff's Attorney | ADAM B. NACH<br>LANE & NACH, P.C.<br>2001 East Campbell, Suite 103<br>PHOENIX, AZ 85016 |

If you make a motion, your time to answer is governed by Fed.R.Bankr.P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**Date: October 10, 2023**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Khadijia V. White−Thomas**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re: Case No.: 2:21−bk−05549−DPC

ADRIAN EUNICE CLEMONS Chapter: 7
*Debtor(s)*

---

BRIAN J. MULLEN Adversary No.: 2:23−ap−00208−DPC
*Plaintiff(s)*

*v.*

ADRIAN EUNICE CLEMONS
*Defendant(s)*

---

# CERTIFICATE OF SERVICE

I, ____________________________________________ (name), certify that service of this summons and a copy of the complaint was made on ____________________________________________, (name of defendant), _____________________________________ (date) by:

Mail service: Regular, first class United States mail, postage fully pre−paid, addressed to:

☐

Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐

Residence Service: By leaving the process with the following adult at:

☐

− − − CERTIFICATE OF SERVICE CONTINUES ON NEXT PAGE − − −

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: the defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of ___________________, as follows [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I futher certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date ___________________ Signature ______________________________________

Print Name : ______________________________________

Business Address : ______________________________________

______________________________________