**LANE & NACH, P.C.**
2001 East Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Adam B. Nach – 013622
Email: adam.nach@lane-nach.com
Helen K. Santilli – 033239
Email: helen.santilli@lane-nach.com

*Attorneys for Brian J. Mullen, Plaintiff*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>ADRIAN EUNICE CLEMONS,<br><br>Debtor. | (Chapter 7 Case)<br><br>No. 2:21-bk-05549-DPC<br><br>Adv. No. 2:23-ap-00208-DPC |
| BRIAN J. MULLEN, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>ADRIAN EUNICE CLEMONS,<br><br>Defendant. | **CERTIFICATE OF SERVICE** |

I, Aimee Bourassa, a paralegal with the law firm of Lane & Nach, P.C., in its capacity as attorneys for Plaintiff, hereby certify that on October 10, 2023, I caused to be deposited with the United States Post Office by First Class Mail, postage prepaid, the original Summons and a copy of the Complaint, and such documents were mailed as follows:

Adrian Eunice Clemons
949 E. Whitten Street
Chandler, Arizona 85225
*Debtor/Defendant*

Kenneth L. Neeley
Neeley Law Firm, PLC
1120 S. Dobson Rd., Ste. 230
Chandler, AZ 85286
*Attorneys for Debtor in Administrative Case*

DATED: November 21, 2023

*/s/ Aimee Bourassa*
Aimee Bourassa