**SO ORDERED.**

**Dated: November 29, 2023**

**Daniel P. Collins, Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br>ADRIAN EUNICE CLEMONS,<br>Debtor. | (Chapter 7 Case)<br>No. 2:21-bk-05549-DPC<br>Adversary No. 2:23-ap-00208-DPC |
| BRIAN J. MULLEN, TRUSTEE,<br>Plaintiff,<br>vs.<br>ADRIAN EUNICE CLEMONS,<br>Defendant. | **JUDGMENT** |

Upon the default of Adrian Eunice Clemons ("**Defendant**") and good cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

That Plaintiff, Brian J. Mullen, Trustee, is hereby granted judgment against Defendant Adrian Eunice Clemons.

That Debtor's discharge shall be revoked pursuant to 11 U.S.C. § 727 effective as of the date of this Judgment.

That the Clerk of the Court shall give notice of such revocation to all creditors and parties-in-interest.

**SIGNED AND DATED ABOVE**